JAY DREZNICK v. CIVIL SERVICE.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK T. MILLER, JR.

May 30, 1979. Petition for certification denied.

VICTOR J. CACAVIO v. MERCER CONTRACTING COMPANY.

May 30, 1979. Petition for certification denied.

SUSAN B. CUSHNER v. BOROUGH OF NEWFIELD.

May 30, 1979. Petition for certification denied.

JOSE ANTONIO TORRES–RODRIGUEZ v. FRANCISCO
URBANO–RODRIGUEZ.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK L. GROSS.

May 30, 1979. Petition for certification denied.